EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2019 TSPR 78 |
| | 202 DPR ____ |
| Mario Soriano Ressy | |

Número del Caso:  TS-4,828


Fecha: 17 de abril de 2019


Abogado de la parte peticionaria:

        Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Mario Soriano Ressy                    TS-4,828


RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de abril de 2019.

Examinada la *Moción con carácter de urgencia solicitando tiempo adicional para atender señalamientos de notaría y solicitar reinstalación como abogado* presentada por el peticionario, se reinstala al Lcdo. Mario Soriano Ressy al ejercicio de la abogacía.

Se le concede al licenciado Soriano Ressy un término final de noventa (90) días, contado a partir de la notificación de esta Resolución, para corregir los señalamientos de la ODIN a su obra notarial.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Jose Ignacio Campos Pérez
                              Secretario del Tribunal Supremo